(March 9, 1976)

In the Matter of GEORGE JEMZURA, Petitioner, v THOMAS A. VITANZA, as Judge of the Chenango County Court, Respondent.—Application denied and petition dated December 22, 1975 dismissed, with $25 costs, on the ground that an article 78 proceeding does not lie to review the determination in question (see CPLR 7801, subd 2). Greenblott, J. P., Sweeney, Kane, Herlihy and Reynolds, JJ., concur.